# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SCHWAN'S HOME SERVICE,<br><br>Defendant. | Civil No. 09-mc-0084 (JRT/JSM)<br><br>**ORDER** |

Jessica Palmer-Denig and Nicholas Pladson, **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, 330 Second Avenue South, Suite 720, Minneapolis, MN 55401, for plaintiff.

James Sherman and Kevin Mosher, **WESSELS SHERMAN LAW FIRM**, 1550 Utica Avenue South, Suite 450, Minneapolis, MN 55416, for defendant.

This matter is before the Court on the parties' Stipulation for Stay filed on March 23, 2010 [Docket No. 23]. The parties, by their counsel, having conferred following the March 8, 2010 Order [Docket No. 15] of Magistrate Judge Janie S. Mayeron, and, pursuant to Fed. R. Civ. P. 62(c), having agreed to a stay pending a ruling on the objections of Respondent to the Court's Order [Docket No. 19],

**IT IS HEREBY ORDERED** that that the March 8, 2010 Order is stayed pending a ruling by the District Court on Schwan's Objections to the Magistrate's Order [Docket No. 19].

Dated: March 26, 2010

at Minneapolis, Minnesota                    s/ John R. Tunheim
                                             JOHN R. TUNHEIM
                                             United States District Judge