# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Civil No. 09-mc-84 (JRT/JSM)

Applicant,

**ORDER**

v.

SCHWAN'S HOME SERVICE,

Respondent.

Nicholas J. Pladson and Jessica Palmer-Denig, **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**, Minneapolis Area Office, 330 Second Avenue South, Suite 720, Minneapolis, MN 55401, for applicant.

James B. Sherman and Kevin Mosher, **WESSELS SHERMAN JOERG LISZKA LAVERTY SENECZKO P.C.**, 1550 Utica Avenue South, Suite 450, Minneapolis, MN 55416; Bradley Lindeman and William Hart, **MEAGHER & GEER, PLLP**, 22 South Sixth Street, Suite 4400, Minneapolis, MN 55402, for respondent.

This matter came before the Court on the parties' Stipulation for Stay filed on July 20, 2010 [Docket No. 29]. The parties, by their counsel, having conferred following the June 30, 2010 Order of the District Court, and pursuant to Federal Rule of Civil Procedure 62(c), having agreed to a stay pending Respondent's potential appeal of the Court's Order,

**IT IS HEREBY ORDERED** that the June 30, 2010, Order is staying pending the outcome of an Appeal of the District Court's Order. If Schwan's does not appeal the

Order of the District Court [Docket No. 28] within sixty days from the date of that Order,

this stay shall be automatically lifted.


DATED:  August 4, 2010                         _____s/ John R. Tunheim_____
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                   United States District Judge